# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CV-511-FDW-DCK

| | |
|---|---|
| JOHNNY E. MILLER, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| CHARLOTTE MECKLENBURG SCHOOLS, CRYSTAL HILL, and JACQUELINE BARONE, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Extension Of Time" (Document No. 10) and "Plaintiff's Motion For Attorney Costs And Fees" (Document No. 11) filed July 19, 2024. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, the undersigned will <u>grant</u> the motion for an extension of time and <u>deny</u> the motion for attorney's costs and fees.

First, it appears that *pro se* Plaintiff is seeking an extension of time to file a response to Defendants' "Motion To Dismiss" (Document No. 6) and/or to file an Amended Complaint. (Document No. 10). The undersigned will allow this request; however, Plaintiff is respectfully advised that further extensions of this deadline are unlikely to be allowed.

Next, *pro se* Plaintiff seeks "reimbursement for attorney costs and fees paid, and monetary allowance for any unpaid attorney costs and fees that are related to this matter if the Plaintiff prevails in this complaint." (Document No. 11). Plaintiff's request for costs and fees is not

supported by any legal authority or additional argument. The undersigned finds *pro se* Plaintiff's request to be, at best, premature.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Extension Of Time" (Document No. 10) is **GRANTED**. Plaintiff shall file a response to Defendants' "Motion To Dismiss" (Document No. 6), or in the alternative, Plaintiff shall file an Amended Complaint, on or before **August 22, 2024**.

**IT IS FURTHER ORDERED** that "Plaintiff's Motion For Attorney Costs And Fees" (Document No. 11) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: July 19, 2024

David C. Keesler
United States Magistrate Judge