**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No. 3:24-cv-00511-FDW**

JOHNNY E. MILLER,

                    **Plaintiff,**

v.

**CHARLOTTE-MECKLENBURG BOARD OF EDUCATION; DR. CRYSTAL HILL,** individually and in her capacity as Superintendent of Charlotte Mecklenburg Schools**; DR. JACKIE BARONE,** individually and in her capacity as Principal of Piedmont Middle School; and **RACHEL TAPIA,** individually and in her capacity as a Teacher at Piedmont Middle School,

                    **Defendants.**

## DEFENDANTS CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, CRYSTAL HILL, AND JACQUELINE BARONE'S MOTION TO DISMISS

NOW COMES Defendants Charlotte-Mecklenburg Board of Education ("Defendant Board"), Dr. Crystal Hill ("Defendant Hill"), and Dr. Jacqueline Barone ("Defendant Barone"), through undersigned counsel, pursuant to Local Rule 7.1(C), Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 7.1, and respectfully moves this Court to dismiss Plaintiffs' Complaint in its entirety. As set forth more fully in Defendants' Memorandum of Law in Support of their Motion to Dismiss, (1) governmental immunity bars all state-law tort claims against the Board and Plaintiff's conclusory allegation of waiver is unsupported by any facts establishing coverage; (2) public official immunity bars all state-law claims against Defendants Hill and Barone because Plaintiff pleads only legal conclusions of malice, corruption, and conduct outside the scope of their authority; (3) Section 1983 claims fail because Plaintiff does not

1

plausibly allege personal involvement sufficient to show individual liability or facts supporting a constitutional violation; (4) qualified immunity independently warrants dismissal as Plaintiff fails to show any clearly established right violated by discretionary employment decisions based; and (5) Title VII and section 1981 claims fail as a matter of law and lack comparator or factual support.

THEREFORE, for the reasons set forth herein and in Defendants' Memorandum of Law, the Defendants respectfully request that the Court grant this Motion and dismiss Plaintiffs' Complaint with prejudice.

This the 5th day of June, 2026.

/s/ Oksana Cody
Oksana Cody
N.C. State Bar No. 45393
Charlotte-Mecklenburg Board of Education
600 E. Fourth St., 5th Floor
Charlotte, NC 28202
Phone: (980) 343-6228
Fax: (980) 343-5739
Email: Oksanak.cody@cms.k12.nc.us
*Attorney for Defendants Board, Hill, and Barone*

2

## CERTIFICATE OF SERVICE

This is to certify that on this date the undersigned filed the foregoing **CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, CRYSTAL HILL, AND JACQUELINE BARONE'S MOTION TO DISMISS** using the Court's CM/ECF system which will send notification of such filing to any CM/ECF participants.

Sharika M. Robinson,
The Law Offices of Sharika M Robinson, PLLC
10230 Berkeley Place Drive, Suite 220
Charlotte, NC 28262
*Counsel for Plaintiff*

This the 5th day of June, 2026.

/s/ Oksana Cody
Oksana Cody
N.C. State Bar No. 45393
Charlotte-Mecklenburg Board of Education
600 E. Fourth St., 5th Floor
Charlotte, NC 28202
Phone: (980) 343-6228
Fax: (980) 343-5739
Email: Oksanak.cody@cms.k12.nc.us
*Attorney for Defendants Board, Hill, and Barone*

3